UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                         Hon. Phillip J. Green

v.                                    Case No. 1:15-mj-00278

MICHAEL DEWAYNE WINBUSH,

     Defendant.

_____/

## ORDER

     Defendant appeared before me on January 8, 2016, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

     Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending further proceedings.

     DONE AND ORDERED this 8th day of January, 2016.


                                             /s/ Phillip J. Green
                                       PHILLIP J. GREEN
                                       United States Magistrate Judge